UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>LINDSAY-RAE MCINTYRE,<br><br>　　　　　　Defendant. | Case No. |

**MOTION FOR ADMISSION *PRO HAC VICE* OF SARAH E. BOUCHARD**

Pursuant to Rule 1.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, Sarah E. Bouchard hereby moves this Court for an Order for admission to practice *pro hac vice* to appear as counsel for Defendant Lindsay-Rae McIntyre in the above-captioned action.

I am a member in good standing for the bars of the Commonwealth of Pennsylvania and the State of New Jersey and the certificates of good standing are attached hereto as Exhibit A. There are no pending disciplinary proceedings against me in any state of federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached an affidavit pursuant to Local Rule 1.3.

Dated:  February 12, 2018

Respectfully submitted,

*/s/ Sarah E. Bouchard*
Sarah E. Bouchard
MORGAN LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA  19103-2921
Telephone:  (215) 963-5077
Facsimile:  (215) 963-5001
sarah.bouchard@morganlewis.com

DB1/ 95529159.2