```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/20/18
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
I.B.M.

                Plaintiff,

    v.

McIntyre

------------------------------------X

**ORDER OF REFERENCE
TO A
MAGISTRATE JUDGE**

18 cv -1210   (VB )(PED)

The above entitled action is referred to the Honorable Paul E. Davison, United States Magistrate Judge, for purpose of:

| | | | |
|---|---|---|---|
| ___ | GENERAL PRE-TRIAL (includes scheduling, discovery, non-dispositive pre-trial motions and settlement) | ___ | JURY SELECTION |
| | | ___ | HABEAS CORPUS |
| ___ | GENERAL PRE-TRIAL & DISPOSITIVE MOTION (all purposes except trial) | ___ | INQUEST AFTER DEFAULT / DAMAGES HEARING |
| ___ | DISPOSITIVE MOTION (i.e., a motion requiring a Report & Recommendation) | ___ | SOCIAL SECURITY |
| ___ | SPECIFIC NON-DISPOSITIVE MOTION / DISPUTE (including discovery dispute) * | _x_ | SETTLEMENT |
| | | ___ | OTHER |

→ Counsel and the parties shall appear in Judge Davison's courtroom (Room 420) at 9:30 a.m. on 2/22/2018

Dated:   2-20-18
         White Plains, New York

SO ORDERED:

_____
United States District Judge

* Do not check if already referred for General Pre-Trial.