UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>LINDSAY RAE MCINTYRE,<br><br>Defendant. | 18 Civ. 1210 (VB) |

### JOINT STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

IT BEING STIPULATED AND AGREED, by and between the parties, through their undersigned counsel, that, pursuant to a Settlement Agreement dated February 25, 2018, all claims in this matter shall be dismissed; it is therefore

ORDERED that this action shall be, and hereby is, dismissed with prejudice, each party to bear its own costs; and, it is further

ORDERED that the Court shall retain jurisdiction in this matter for purposes of enforcing the Settlement Agreement.

Case 7:18-cv-01210-VB   Doc #: 27   Filed 03/05/18   Page 2 of 2 Page ID #: 628

Dated:   New York, New York

_Robert A. Atkins_  3/5/2018
Liza M. Velazquez                             Date
Pietro J. Signoracci
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019-6064
(212) 373-3000

*Attorneys for Plaintiff International Business Machines Corporation*

_Michael Delikat_  3/5/18
James H. McQuade                             Date
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, NY 10019
212-506-5000

Sarah E. Bouchard (*pro hac vice*)
Shannon L.C. Ammon (*pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
(215) 963-5000

*Attorneys for Defendant Lindsay-Rae McIntyre*

SO ORDERED:

_____          _____
Vincent L. Briccetti                 Date
United States District Judge