UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



INTERNATIONAL BUSINESS MACHINES CORPORATION,

Plaintiff,

v.

LINDSAY RAE MCINTYRE,

Defendant.

18 Civ. 1210 (VB)

### JOINT STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

IT BEING STIPULATED AND AGREED, by and between the parties, through their undersigned counsel, that, pursuant to a Settlement Agreement dated February 25, 2018, all claims in this matter shall be dismissed; it is therefore

ORDERED that this action shall be, and hereby is, dismissed with prejudice, each party to bear its own costs; and, it is further

ORDERED that the Court shall retain jurisdiction in this matter for purposes of enforcing the Settlement Agreement.

Dated:   New York, New York

_____  
Robert A. Atkins  
Liza M. Velazquez  
Pietro J. Signoracci  
PAUL, WEISS, RIFKIND, WHARTON &  
GARRISON LLP  
1285 Avenue of the Americas  
New York, New York 10019-6064  
(212) 373-3000  

3/5/2018  
Date

*Attorneys for Plaintiff International Business Machines Corporation*

_____  
Michael Delikat  
James H. McQuade  
ORRICK, HERRINGTON & SUTCLIFFE LLP  
51 West 52nd Street  
New York, NY 10019  
212-506-5000  

3/5/18  
Date

Sarah E. Bouchard (*pro hac vice*)  
Shannon L.C. Ammon (*pro hac vice*)  
MORGAN, LEWIS & BOCKIUS LLP  
1701 Market Street  
Philadelphia, PA 19103  
(215) 963-5000  

*Attorneys for Defendant Lindsay-Rae McIntyre*

SO ORDERED:

_____  
Vincent L. Briccetti  
United States District Judge

3/8/18  
Date

→ All scheduled conferences or other scheduled court appearances are cancelled. Any pending motions are moot.

The Clerk is instructed to close this case.